# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --             )
                                     )
Exelis Inc., Night Vision and     )    ASBCA No. 59587
  Communications Solutions       )
(NVCS) – Communications Solutions    )
                                       )
Under Contract No. N65236-07-C-5876   )

APPEARANCES FOR THE APPELLANT:      Steven M. Masiello, Esq.
                                                    Kelly P. Garehime, Esq.
                                                     McKenna Long & Aldridge LLP
                                                     Denver, CO

APPEARANCE FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
                                                    DCMA Chief Trial Attorney
                                                     Defense Contract Management Agency
                                                     Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  20 May 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59587, Appeal of Exelis Inc., Night Vision and Communications Solutions (NVCS) – Communications Solutions, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals